RICK L. SHACKELFORD (SBN 151262)
HANNAH B. SHANKS-PARKIN (SBN 305753)
GAGANJYOT K. SANDHU (SBN 327379)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail:   ShackelfordR@gtlaw.com
          ShanksParkinH@gtlaw.com
          SandhuG@gtlaw.com

*Attorneys for Defendant Taylor James, LLC, dba Supergoop!*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABRIL BATTLE JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR JAMES, LLC, dba SUPERGOOP!<br><br>Defendant. | Case No. 2:21-cv-07915-FLA-KES<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**DEFENDANT'S AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)**<br><br>Date: March 4, 2022<br>Time: 1:30 p.m.<br>Ctrm: 6B<br><br>Action Filed:    October 4, 2021<br>FAC Filed:       December 10, 2021<br>Trial Date:      None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on March 4, 2022, at 1:30 p.m., in Courtroom 6B of the above-captioned Court, located at 350 West First Street, Los Angeles, California, Defendant Taylor James, LLC, dba Supergoop! ("Supergoop!"), will and hereby does move to dismiss Plaintiff's First Amended Class Action Complaint (the "FAC") with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that Plaintiff has failed to state a claim, has failed to satisfy the "reasonable consumer" standard, is not entitled to equitable relief because he has adequate legal remedies, lacks standing to pursue injunctive relief, and has failed to state a claim for breach of warranty. Supergoop! also moves to dismiss Plaintiff's nationwide class allegations under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction, for lack of standing, and because California consumer protection statutes do not apply to out-of-state purchases made by non-residents.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the accompanying Request for Judicial Notice, all pleadings and files in this matter, and upon such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this Motion.

The L.R. 7-3 conference of counsel was held on January 6, 2022. The grounds for dismissal included in this Amended Notice of Motion were discussed with counsel during the January 6 conference of counsel. Mr. Shackelford and Ms. Shanks-Parkin attended on behalf of Supergoop! and Ms. Wood and Ms. Gallucci attended on behalf of Plaintiff.

DATED: January 24, 2022

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ *Rick L. Shackelford*
Rick L. Shackelford
Hannah B. Shanks-Parkin
*Attorneys for Defendant*
*Taylor James, LLC, dba Supergoop!*