**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JABRIL BATTLE JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR JAMES, LLC, dba SUPERGOOP!<br><br>Defendant. | Case No.: 2:21-cv-07915-FLA-KES<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL** |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jabril Battle Jr. voluntarily
2  dismisses his individual claims in the above-entitled action against Defendant Taylor
3  James, LLC dba SUPERGOOP! WITH prejudice and the claims of the class members
4  brought by Plaintiff WITHOUT prejudice. The parties have agreed to bear their own fees
5  and costs.

Dated: August 11, 2023        Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
KAS L. GALLUCCI
*kas@consumersadvocates.com*
ALEXIS M. WOOD
*alexis@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
***Attorneys for Plaintiffs and the Proposed Class***

**GREENBERG TRAURIG, LLP**

*/s/    Rick L. Shackelford*
Rick L. Shackelford
Hannah B. Shanks-Parkin
Gaganjyot K. Sandhu
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
Fax: (310) 586-7800

*Counsel for Defendant*

### ATTESTATION OF FILER

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Rick L. Shackelford, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

Dated: August 11, 2023            */s/ Ronald A. Marron*
                                   Ronald A. Marron